STEPHEN J. SIMONI
StephenSimoniLAW@Gmail.com
**SIMONI CONSUMERS**
      **CLASS ACTION LAW OFFICES**
c/o Jardim, Meisner & Susser, P.C.
30B Vreeland Road, Ste. 201
Florham Park, NJ 07932
Telephone: (917) 621-5795

*Counsel for Plaintiff*
      *and the Proposed Class*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

### TRENTON DIVISION

| | |
|---|---|
| STEPHEN SIMONI, Individually and on behalf of all others similarly situated, | : No. 3:17-cv-<br>:    04660-PGS-DEA<br>: |
| Plaintiff, | : **STIPULATION**<br>: **OF DISMISSAL**<br>: <u>**WITH PREJUDICE**</u> |
| vs. | : |
| WALGREEN CO.,<br>XYZ TELEMARKETING COMPANY, and<br>DOES 1 through 10, inclusive, | :<br>:<br>: |
| Defendants. | : |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-captioned action with prejudice.

Dated:  July 19, 2017        Respectfully submitted,

                             By: _/s/_Stephen J. Simoni_

1