STEPHEN J. SIMONI
StephenSimoniLAW@Gmail.com
**SIMONI CONSUMERS**
　　**CLASS ACTION LAW OFFICES**
c/o Jardim, Meisner & Susser, P.C.
30B Vreeland Road, Ste. 201
Florham Park, NJ 07932
Telephone: (917) 621-5795

*Counsel for Plaintiff
　　and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**TRENTON DIVISION**

| | |
|---|---|
| STEPHEN SIMONI, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WALGREEN CO.,<br>XYZ TELEMARKETING COMPANY, and<br>DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 3:17-cv-<br>　　04660-PGS-DEA<br><br>**STIPULATION**<br>**OF DISMISSAL**<br>**WITH PREJUDICE** |

　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-captioned action with prejudice.

Dated:  July 19, 2017　　　　Respectfully submitted,

　　　　　　　　　　　　　　By: _/s/_Stephen J. Simoni_

SO ORDERED: [signature]
DATED: 7/24/17

1